JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**
Custom Sensors & Technologies, Inc.

**DEFENDANTS**
Great American Insurance Company

**(b)** County of Residence of First Listed Plaintiff: Ventura
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: None
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111 (415) 882-8200

Attorneys (If Known)

EMC    E-filing    ADR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | **IMMIGRATION** | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & other | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Breach of insurance policy

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 20,000,000
- [X] CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: December 11, 2009
SIGNATURE OF ATTORNEY OF RECORD: /s/ Edward P. Sangster

NDC-JS44

1 | Edward P. Sangster (SBN 121041)
  | ed.sangster@klgates.com
2 | K&L GATES LLP
  | Four Embarcadero Center, Suite 1200
3 | San Francisco, CA 94111
  | Telephone: (415) 249-1000
4 | Fax: (415) 249-1001
  | ed.sangster@klgates.com
5 | mikal.condon@klgates.com

6 | Attorneys for Plaintiff

**E-filing**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA **EMC**

| CUSTOM SENSORS & TECHNOLOGIES, INC., | Case No. **5819** |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

**COMPLAINT**

Plaintiff Custom Sensors & Technologies, Inc. ("CST") alleges as follow:

## JURISDICTION

1. This court has original jurisdiction pursuant to 28 U.S.C. §1332 because complete diversity exists and the amount in controversy, exclusive of interests and costs, exceeds $75,000.

2. CST is a Delaware Corporation with its principal place of business in the State of California.

3. Defendant Great American Insurance Company ("Great American") is an Ohio corporation with its principal place of business in the State of Ohio.

## VENUE

4. Venue is proper in this district because a substantial part of the events or omissions giving rise to the claim occurred in Concord, Contra Costa County, California.

## INTRADISTRICT ASSIGNMENT

5. Pursuant to Local Rule 3-2, intradistrict assignment is appropriate in San Francisco or Oakland because a substantial part of the events or omissions giving rise to the claim occurred in Concord, Contra Costa County, California.

## GENERAL ALLEGATIONS

6. On or about May 1, 2007, Great American issued a written policy of insurance to Schneider Electric Holdings, Inc. ("SEHI"), policy no. SAA 517-770-45 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit 1 and incorporated herein by reference.

7. The "JOINT INSURED" endorsement of the Policy provided that subsidiaries of SEHI were named insureds under the Policy. CST is and was a named insured because it is and was a subsidiary of SEHI.

8. As a general matter, the Policy provided coverage for losses of company property resulting from dishonest acts of employees that were discovered during the Policy period, or within 60 days following expiration of the Policy.

9.  On January 17, 2008, CST caught an employee stealing company property. Capture of the employee led to the discovery, over time, of one or more schemes by company employees to steal company property. The property stolen by company employees ultimately was determined to be worth more than $20,000,000.

10. The Policy expired on May 1, 2008.

11. On or about May 23, 2008, CST's insurance broker reported the discovery of employee theft of CST's property to Great American.

12. Following the reported loss, Great American engaged in a lengthy process of investigating the claim.

13. During the course of the investigation, Great American extended the date for the filing of a Proof of Loss to October 30, 2008. CST filed a Proof of Loss by the deadline. The Proof of Loss reflected that the loss exceeded $20,000,000, depending on the date of valuation for the property stolen.

14. During the course of the investigation, Great American requested voluminous documentation in support of the claim. All requested documentation has been provided.

15. During the course of the investigation, Great American requested permission to tour, and did tour, the CST facility at 2700 Systron Drive, Concord, California, where the thefts occurred.

16. During the course of the investigation, Great American requested to interview, and did interview, CST employees knowledgeable about the facts and circumstances surrounding the claim. Great American requested to examine CST employees under oath. Every examination under oath requested by Great American has been completed.

17. During the course of the investigation, Great American requested to examine, and did examine, stolen CST property recovered by the Concord Police Department, the Federal Bureau of Investigation, or both.

18. Numerous former employees, whose thefts were first discovered on or after January 17, 2008, have pled guilty to federal criminal charges arising from their thefts of CST's property.

19. As of this date, Great American has not informed Plaintiff whether Great American intends to pay, pay in part, or deny Plaintiff's claim for benefits under the Policy.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

20. Plaintiff incorporates the previous allegations as though set forth in full herein.

21. The losses arising from employee theft are covered by the Policy.

22. Plaintiff has done all, or substantially all, of the significant things that the Policy required Plaintiff to do in order to be entitled to coverage under the Policy.

23. All conditions required for Great American's obligation to pay the claim have occurred.

24. Great American has breached the Policy by failing to pay the benefits owed under the Policy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. For general damages of at least $20,000,000;
2. For attorneys fees to obtain the benefits of the policy;
3. For prejudgment interest on the amount due under the Policy; and
4. For such other and further relief as the Court may deem just and proper.

K&L GATES LLP

Dated: December 11, 2009     By: _____
Edward P. Sangster
ed.sangster@klgates.com

Attorneys for Plaintiff

3
**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury.

Dated: December 11, 2009

K&L GATES LLP

By: *[signature]*
Edward P. Sangster
ed.sangster@klgates.com

Attorneys for Plaintiff