| | |
|---|---|
| 1 | Edward P. Sangster (SBN 121041) |
| 2 | ed.sangster@klgates.com<br>Mikal J. Condon (SBN 229208) |
| 3 | mikal.condon@klgates.com<br>K&L GATES LLP |
| 4 | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 249-1000<br>Fax: (415) 249-1001 |
| 6 | ed.sangster@klgates.com |
| 7 | Attorneys for Plaintiff |
| 8 | Lisa M. LeNay (SBN 142726)<br>21617 Los Alimos Street |
| 9 | Chatsworth, CA 91311<br>Telephone: (213) 709-6010 |
| 10 | lmlenay@yahoo.com |
| 11 | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM SENSORS & TECHNOLOGIES, INC., | Case No. C 09-5819 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| vs. | ORDER |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION TO EXTEND TIME TO RESPOND**
Case No. C 09-5819 EMC

| | |
|---|---|
| 1 | WHEREAS Plaintiff CUSTOM SENSORS & TECHNOLOGIES, INC. filed the above-captioned lawsuit on December 11, 2009, and effectuated service on Defendant GREAT AMERICAN INSURANCE COMPANY on December 14, 2009; and |
| 2 | WHEREAS Defendant's current response date is January 4, 2010; |
| 3 | Pursuant to Local Rule 6-1(a), the parties hereby STIPULATE AND AGREE to extend Defendant's time to respond to the complaint by 30 days until **February 3, 2010.** |
| 4 | SO STIPULATED. |

K&L GATES LLP

Dated: December 23, 2009     By: /s/ Mikal Condon
                                 Edward P. Sangster
                                 ed.sangster@klgates.com
                                 Mikal J. Condon (SBN 229208)
                                 mikal.condon@klgates.com

                                 Attorneys for Plaintiff

Dated: December 23, 2009     By: /s/ Lisa M. LeNay
                                 Lisa M. LeNay
                                 lmlenay@yahoo.com

                                 Attorney for Defendant

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*

---

**STIPULATION TO EXTEND TIME TO RESPOND**
Case No. C 09-5819 EMC

1