1 | Edward P. Sangster (SBN 121041)
2 | ed.sangster@klgates.com
  | Mikal J. Condon (SBN 229208)
3 | mikal.condon@klgates.com
  | Leanne E. Hartmann (SBN 264787)
4 | leanne.hartmann@klgates.com
  | **K&L GATES LLP**
5 | Four Embarcadero Center, Suite 1200
  | San Francisco, California  94111
6 | Telephone: (415) 249-1000
  | Facsimile: (415) 249-1001
7 |
  | Attorneys for Plaintiff
8 |
  | Gary J. Valeriano (SBN 89644)
9 | Anderson, McPharlin & Conners LLP
  | 444 South Flower Street, 31st Floor
10| Los Angeles, CA 90071-2901
  | gjv@amclaw.com
11|
  | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUSTOM SENSORS & TECHNOLOGIES, INC., | Case No. 09-CV-05819 SBA |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT TO SUBSTITUTE PLAINTIFF** |
| vs. | |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT;
CASE NO. 09-CV-05819 SBA

IT IS HEREBY STIPULATED between Plaintiff Custom Sensors & Technologies, Inc. ("Plaintiff") and Defendant Great American Insurance Company ("Defendant") that Plaintiff may file the first amended complaint (attached hereto as Exhibit "A"), substituting BEI Sensors & Systems Company, Inc. as the plaintiff in the above-entitled matter.  The First Amended Complaint will be deemed served on Defendant as of the day that the Court signs the Proposed Order, below.

**K&L GATES LLP**

Dated:  September 14, 2010          By:   /s/ Mikal J. Condon
                                          Edward P. Sangster
                                          ed.sangster@klgates.com
                                          Mikal J. Condon
                                          mikal.condon@klgates.com

                                          Attorney for Plaintiff


**ANDERSON, MCPHARLIN & CONNERS LLP**

Dated:  September 14, 2010          By:   /s/ Gary J. Valeriano
                                          Gary J. Valeriano
                                          gjv@amclaw.com

                                          Attorney for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  9/15/10                     By:   *[signature: Saundra B Armstrong]*
                                          Hon. Saundra Brown Armstrong
                                          United States District Judge

---

1
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT;
CASE NO. 09-CV-05819 SBA

1  ATTESTATION CLAUSE

2  I, Mikal J. Condon, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

3  concurrence to the filing of this document has been obtained from each signatory hereto.

4  Dated: September 14, 2010             By: /s/ Mikal J. Condon

5                                              Mikal J. Condon