UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUSTOM SENSORS & TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. _____/ | No. C-09-5819 SBA <br><br> **ORDER VACATING DOCKET NOS. 39-40** |

The Court hereby **VACATES** its orders of September 3, 2010, *see* Docket Nos. 39-40, as of the date indicated below. The Court was referred the case for settlement and not discovery. To correct this administrative error, the two orders of September 3 are vacated.

IT IS SO ORDERED.

Dated: September 16, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge