Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Mikal J. Condon (SBN 229208)
mikal.condon@klgates.com
Leanne E. Hartmann (SBN 264787)
leanne.hartmann@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 249-1000
Facsimile: (415) 249-1001

Attorneys for Plaintiff

Gary J. Valeriano (SBN 89644)
Anderson, McPharlin & Conners LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071-2901
gjv@amclaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUSTOM SENSORS & TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 09-CV-05819 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING DEPOSITION OF PRISONER LUIS TOBAR-MARQUEZ** |

1  Counsel for both parties desire to depose Luis Tobar-Marquez regarding thefts that are the subject of this litigation. A copy of Mr. Tobar-Marquez's plea agreement in connection with Case No. CR 08-00876 (N.D. Cal.-Oakland Division) is attached hereto as Exhibit A. The United States Federal Bureau of Prisons website indicates that Mr. Tobar-Marquez is currently incarcerated in the Los Angeles Metropolitan Detention Center, with a scheduled date for release of October 21, 2010. Because it may be difficult to locate Mr. Tobar-Marquez and effect service of a subpoena following his release, the parties stipulate to entry of an order granting leave to take the deposition of Mr. Tobar-Marquez while he is confined in prison pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2)(B).

SO STIPULATED.

**K&L GATES LLP**

Dated: September 14, 2010     By: /s/ Edward P. Sangster
                                  Edward P. Sangster
                                  ed.sangster@klgates.com

                                  Attorney for Plaintiff

**ANDERSON, MCPHARLIN & CONNERS LLP**

Dated: September 14, 2010     By: /s/ Gary J. Valeriano
                                  Gary J. Valeriano
                                  gjv@amclaw.com

                                  Attorney for Defendant

1  **PURSUANT TO STIPULATION AND FEDERAL RULES OF CIVIL PROCEDURE,**
2  **RULE 26(a)(2)(B), IT IS ORDERED** that the deposition of Luis Tobar-Marquez may be taken
3  while he is confined in prison.

Dated: September 16, 2010

By: _/s/ James Larson_ LARSON
Hon. ~~Magistrate Judge Edward Chen~~
United States District Judge

| | |
|---|---|
| 1 | ATTESTATION CLAUSE |

2  I, Edward P. Sangster, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

3  concurrence to the filing of this document has been obtained from each signatory hereto.

4  Dated:  September 14, 2010                    By:  /s/ Edward P. Sangster
5                                                                        Edward P. Sangster
                                                                              ed.sangster@klgates.com