UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEI SENSORS & SYSTEMS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No: C 09-5819 SBA <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME** <br><br> Dkt. 71 |

On January 13, 2011, Plaintiff BEI Sensors & Systems Company, Inc. ("BEI") filed a Motion for Order Shortening Time for Hearing on BEI's Motion for Summary Adjudication and Defendant's Cross-Motion (Dkt. 71), seeking a February 15, 2011 hearing date on these motions. Plaintiff moves on the ground that February 15, 2011 is the motion hearing deadline in this case. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Order Shortening Time is GRANTED. BEI's Motion for Summary Adjudication and Defendant's Cross-Motion shall be heard on **February 15, 2011 at 1:00 p.m.** Oppositions shall be filed on or before January 25, 2011. Replies shall be filed on or before February 1, 2011.

IT IS SO ORDERED.

Dated: January 18, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge