UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEI SENSORS & SYSTEMS COMPANY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No: C 09-5819 SBA<br><br>**ORDER OF DISMISSAL** |

The Court having been notified of the settlement of this action (Docket 123), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: April 14, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge